IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUIS GONZAGA OVALLES SANTANA, § § | | |
| Petitioner, | § § | |
| v. | § § | No. 3:24-CV-2114-K-BW |
| JOHN E. CANTU, et al., | § § | |
| Respondents. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Petitioner's Motion for immediate stay of deportation*, received on September 11, 2024 (Dkt. No. 5.), is **DENIED**.

**SO ORDERED.**

Signed October 22nd, 2024.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE